Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL D. MATTHEWS,<br><br>Defendant. | CASE NO. CR15-155RSM<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court, having considered the Government's Motion to Dismiss, hereby DISMISSES the case without prejudice.

DATED this 20 day of Oct., 2015.

[signature]

RICARDO S. MARTINEZ
United States District Court

Presented By:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

ORDER OF DISMISSAL– 1
U.S. v. MATTHEWS/CR15-155RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970